UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARRY WALLACE                                                                                          PLAINTIFF

V.                                              NO. 3:18-CV-00186-JTR

ANDREW SAUL,
Commissioner of Social Security                                                          DEFENDANT

## **ORDER**

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[1]  *Docs. 15*.  The Commissioner has filed a Response.  *Doc. 17.*

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total payment of $4,221.52 consisting of: (1) 0.85 hours of attorney work at an hourly rate of $202.00 ($171.70); (2) 17.70 hours of attorney work at an hourly rate of $205 ($3628.50); (3) 5.35 hours of paralegal work at an hourly rate of $75 ($401.25); and (4) expenses of $20.07.  The Commissioner consents to an award in the amount stated in Plaintiff's Motion.

The Court concludes that:  (1) Plaintiff is entitled to an award of attorney's fees and expenses under the EAJA; and (2) the amount requested is reasonable.

---

[1] On February 20, 2020, the Court entered an Order and Judgment reversing the Commissioner's denial of benefits and remanding the case for further consideration. *Docs. 13 and 14.*

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the EAJA, *Docs. 15,* is GRANTED, as stated herein.

IT IS FURTHER ORDERED that Plaintiff is awarded **$4,221.52** in attorney's fees and expenses under the EAJA.[2]

DATED this 28th day of April, 2020.

                                                 /s/ J. Thomas Ray
                                      UNITED STATES MAGISTRATE JUDGE

---

[2] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.